UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------------x

JOHN GORDON,

                                      Plaintiff,

-against-

CITY OF NEW YORK, et al.,

                                      Defendants.

-------------------------------------------------------------------------------x

**NOTICE OF APPEARANCE**

08 CV 0102 (CLB)(GAY)

       **PLEASE TAKE NOTICE** that **Sarah B. Evans**, Assistant Corporation Counsel, should be listed as counsel of record on behalf of the Corporation Counsel of the City of New York, Michael A. Cardozo, attorney for defendants City of New York, Raymond Kelly and Police Officer Jacoby, effective immediately, replacing ACC Jordan M. Smith.

Dated: New York, New York
         April 28, 2008

                                        MICHAEL A. CARDOZO
                                        Corporation Counsel
                                            of the City of New York
                                        Attorney for Defendants City of New York,
                                        Raymond Kelly and Police Officer Jacoby
                                        100 Church Street, Room 3-151
                                        New York, New York 10007
                                        (212) 788-1041

                                        By: _____/s/_____
                                            Sarah B. Evans
                                            Assistant Corporation Counsel
                                            Special Federal Litigation Division

To:    John Gordon (BY MAIL)
        Plaintiff *Pro Se*
        897 Nepperhan Ave #2-S
        Yonkers, NY 10703