UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------------x

JOHN GORDON,

                                    Plaintiff,

-against-

CITY OF NEW YORK, et al.,

                                    Defendants.

-------------------------------------------------------------------------------x

**NOTICE OF APPEARANCE**

08 CV 0102 (CLB)(GAY)

        **PLEASE TAKE NOTICE** that **Maurice L. Hudson**, Assistant Corporation Counsel, should be listed as counsel of record on behalf of the Corporation Counsel of the City of New York, Michael A. Cardozo, attorney for defendants City of New York, Raymond Kelly and Police Officer Jacoby, effective immediately, replacing ACC Sarah B. Evans.

Dated: New York, New York
         May 13, 2008

                                           MICHAEL A. CARDOZO
                                           Corporation Counsel
                                               of the City of New York
                                           Attorney for Defendants City of New York,
                                           Raymond Kelly and Police Officer Jacoby
                                           100 Church Street, Room 3-209
                                           New York, New York 10007
                                           (212) 788-8684

                                           By: _____/s/_____
                                               Maurice L. Hudson
                                               Assistant Corporation Counsel
                                               Special Federal Litigation Division

To:    John Gordon (BY MAIL)
         Plaintiff *Pro Se*
         897 Nepperhan Ave #2-S
         Yonkers, NY 10703