

SO ORDERED: /s/ George A. Yanthis 5/19/08
Hon. George A. Yanthis
United States Magistrate Judge

Conference to be held on Thursday, June 19, 2008 at 10:00 am. Discovery is stayed until that time. Conference in Courtroom 118, U.S. Courthouse, White Plains.



**THE CITY OF NEW YORK**
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

MICHAEL A. CARDOZO
*Corporation Counsel*

MAURICE L. HUDSON
(212) 788-8684
fax: (212) 788-9776
mhudson@law.nyc.gov



May 16, 2008

**MEMO ENDORSED**



BY FAX: (914) 390-4095

The Honorable George A. Yanthis
United States Magistrate Judge
Southern District of New York
United States Courthouse
300 Quarropas Street, Room 118
White Plains, NY 10601

   Re: <u>John Gordon v. City of New York, et al.</u> 08-CV-00102 (CLB) (GAY)

Your Honor:

   I am an Assistant Corporation Counsel in the Special Federal Litigation Division of the New York City Law Department assigned to the defense of the above-referenced matter on behalf of defendants City of New York, Police Commissioner Raymond Kelly and Police Officer Todd Jacoby. I write on behalf of defendants and *pro se* plaintiff John Gordon to respectfully request that the Court schedule a settlement conference and that discovery in this matter be stayed until such a conference has been held. The reasons for these requests are set forth below.

   By way of background, plaintiff alleges, *inter alia*, unreasonable search and seizure, false arrest and malicious prosecution. Specifically, plaintiff alleges that on the afternoon of Saturday, January 6, 2007, after being stopped by New York City police while operating an automobile in the vicinity of 107th Street and Grand Concourse in Bronx County, his automobile glove compartment was searched without cause or permission. Plaintiff further alleges that defendant Police Officer Todd Jacoby, who conducted the search, claimed to have found a kitchen knife and arrested plaintiff for possession of a weapon. Finally, plaintiff alleges that he was in custody until being arraigned and released at approximately 5:00 p.m. on Monday, January 8, 2007, and that he was subsequently required to appear a number of times in Criminal Court. Plaintiff accepted an Adjournment in Contemplation of Dismissal on April 9, 2007.

   In February of 2008, this Office began settlement negotiations with plaintiff. Since that time, the parties have continued negotiations and have made progress in moving

- 2 -

toward an agreeable number. While both parties remain amenable to settlement, we have reached an impasse. Accordingly, we respectfully request that the Court schedule a settlement conference in order to assist the parties in continuing settlement discussions. Moreover, as a practical matter, we respectfully request that the Court stay discovery until after a settlement conference has been held. Additionally, this Office would be happy to provide the Court with a detailed explication of the parties' respective versions of the facts prior to the conference.

Accordingly, for the reasons set forth herein, it is respectfully requested that Your Honor grant the within requests. The parties are available for a settlement conference at the Court's convenience on May 28, May 29, June 9, June 11, and June 12, 2008, or at such other date and time that the Court may choose.

Thank you for your consideration herein.

Respectfully submitted,

Maurice L. Hudson
Assistant Corporation Counsel
Special Federal Litigation Division

cc: John Gordon (By mail)
Plaintiff *Pro Se*
897 Nepperhan Ave #2-S
Yonkers, NY 10703



THE CITY OF NEW YORK
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007
## FACSIMILE TRANSMISSION

---

| TO: | The Honorable George A. Yanthis<br>United States Magistrate Judge<br>Southern District of New York<br>United States Courthouse<br>300 Quarropas Street, Room 118<br>White Plains, NY 10601 | FROM: | Maurice Hudson<br>Assistant Corporation Counsel<br>Phone: (212) 788-8684<br>Fax: (212) 788-9776<br>mhudson@law.nyc.gov |
|---|---|---|---|
| FAX #: | **(914) 390-4095** | DATE: | May 16, 2008 |
| TELE #: | | | |

---

You should receive __3__ page(s), including this one.
Please contact me if you do not receive all pages.

This facsimile contains CONFIDENTIAL INFORMATION which may also be LEGALLY PRIVILEGED. It is intended only for use of the addressee(s) named above. If you are neither the intended recipient of this facsimile nor the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that disseminating or copying this facsimile is prohibited. If you have received this facsimile in error, please notify this office by telephone and return the original to the address set forth by the United States Postal Service. Thank you.

## Message:

Re:   John Gordon v. City of New York, et al.
      08-CV-00102 (CLB)(GAY)